IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1965-EWN-BNB

LAWRENCE CHENG CHON SHAO,

Plaintiff,

v.

DENVER TAXI, LLC, d/b/a DENVER YELLOW CAB,
PAUL LO, and
BRANDON JONES,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiff's Amended Motion to Allow Plaintiff to Participate In Settlement Conference By Telephone and Request for Expedited Ruling** (the "Motion"), filed June 24, 2005.

  IT IS ORDERED that the Motion is GRANTED, and plaintiff may be available by telephone, and his sister, Aimee Su, is to appear in person.