IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01965–EWN–BNB

LAWRENCE CHENG CHON SHAO,

    Plaintiff,

v.

DENVER TAXI, L.L.C., d/b/a DENVER YELLOW CAB,
PAUL LO, and
BRANDON JONES,

    Defendants.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Denver Taxi Defendants' "Motion to Strike Plaintiff's Motion for Summary Judgment and Supporting Brief" (Document 40) filed July 26, 2005 is GRANTED, and "Plaintiff's Motion for Summary Judgment" (Document 37) filed July 7, 2005 is STRICKEN for failure to comply with this court's summary judgment procedures.

Dated: July 26, 2005