IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01965–EWN–BNB

LAWRENCE CHENG CHON SHAO,

    Plaintiff,

v.

DENVER TAXI, L.L.C., d/b/a DENVER YELLOW CAB,
PAUL LO, and
BRANDON JONES,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Plaintiff's Motion for Leave to Submit His Renewed Motion for Summary Judgment and Amended Opening Brief" (Document 42) filed August 4, 2005 is GRANTED.

Dated: August 5, 2005