**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01965-EWN-BNB

LAWRENCE CHENG CHON SHAO,

    Plaintiff,

v.

DENVER TAXI, LLC. d/b/a DENVER YELLOW CAB,
PAUL LO, and
BRANDON JONES,

    Defendants.

---

**ORDER**

---

Pursuant to the Final Pretrial Conference held on April 27, 2006, it is hereby **ORDERED** that a **Settlement Conference** is set for **May 25, 2006 at 3:00 p.m.** in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with Magistrate Judge Boyd N. Boland.

IT IS FURTHER ORDERED that counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

THIS COURT has been advised that Defendant Brandon Jones was uninsured at the time of the accident forming the basis of this case. THIS COURT has been further advised that Plaintiff Lawrence Cheng Chon Shao has uninsured motorist coverage for

this accident through Allstate Insurance Company, and that Allstate Insurance Company has been properly placed on notice of a potential uninsured motorist claim in this case and has retained local counsel.

THIS COURT THEREFORE FINDS that Allstate Insurance Company is the insurance company that has full authority to enter into a settlement agreement for any liability of the defaulting party, Defendant Brandon Jones.

THEREFORE:

IT IS FURTHER ORDERED that Plaintiff Lawrence Cheng Chon Shao's Uninsured Motorist carrier, Allstate Insurance Company, **shall have an adjustor present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement.

PLAINTIFF'S COUNSEL is directed to serve a copy of this ORDER upon Allstate Insurance Company and its locally retained counsel by hand-delivery or formal service of process.

DATED:  April 27, 2006

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge